Joseph C. Faucher, No. 137353
TRUCKER ✦ HUSS, APC
633 W. 5th Street, 26th Floor
Los Angeles, CA 90071
Telephone:  (213) 537-1016
Facsimile:  (213) 537-1020
E-mail:      jfaucher@truckerhuss.com

Dylan D. Rudolph, No. 278707
TRUCKER ✦ HUSS, APC
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone:  (415) 788-3111
Facsimile:  (415) 421-2017
E-mail:      drudolph@truckerhuss.com

Attorneys for Plaintiff and Counter-
Defendant GREAT-WEST LIFE &
ANNUITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>     vs.<br><br>MICHAEL HARRINGTON,<br><br>               Defendant. | Case No.  2:17-cv-04973-R-AFM<br><br>**JUDGMENT**<br><br>**[Fed. R. Civ. Pro. 58(a)]** |

Trucker ✦ Huss
A Professional Corporation
633 West 5th Street, 26th Floor
Los Angeles, California 90071-2053

Trucker ♦ Huss
A Professional Corporation
633 West 5th Street, 26th Floor
Los Angeles, California 90071-2053

## **JUDGMENT**

Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure and the Court's Order Granting the Motion for Summary Judgment filed by Plaintiff and Counter-Defendant Great-West Life & Annuity Insurance Company ("Great-West") (Dkt. 66),

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED:

1. Judgment for Great-West is hereby entered in the amount of $1,131,945.73 (One Million, One-Hundred and Thirty-One Thousand, Nine-Hundred Forty-Five Dollars, seventy-three cents), plus interest thereon, at a rate of $143.36 (One-Hundred Forty-Three Dollars, thirty-six cents) per day from and after May 19, 2018 through this date, which totals: $3,297.28 (Three-Thousand, Two-Hundred, Ninety-Seven Dollars, twenty-eight cents).

2. Judgment includes post-judgment interest on the total judgment awarded at the rate prescribed under 28 U.S.C. § 1961.

3. Judgment includes costs of suit herein.

DATED: June 11, 2018

Hon. Manuel L. Real
United States District Judge